UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00119-GW-BFM | Date | October 23, 2026 |
| Title | *Pina De Rosa v. CVS Health Corp. et al* | | |

| | |
|---|---|
| Present: The Honorable | **GEORGE H. WU, United States District Judge** |

| | |
|---|---|
| Lesbith Castillo | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: JOINT STIPULATION TO DISMISS CASE PURSUANT TO DECLINE SUPPLEMENTAL JURISDICTION AND DISMISS STATE LAW CLAIMS WITHOUT PREJUDICE FOR LACK OF COMPLETE DIVERSITY [53]**

In the Joint Stipulation (Docket No. 53), the parties indicate that, upon the filing of the Second Amended Complaint (Docket No. 52), there is no longer subject matter jurisdiction over this action. This Court agrees. Therefore, pursuant to said Stipulation, this action is dismissed without prejudice for lack of subject matter jurisdiction, with each side to bear their own costs and fees.

\- :

Initials of Deputy Clerk lca